## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRANCH BANKING AND TRUST** | ) | |
| **COMPANY, etc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 10-0498-WS-N** |
| | ) | |
| **THE INN AT DAUPHIN ISLAND,** | ) | |
| **L.L.C., etc., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The plaintiff has filed a response to the Court's order to show cause, (Doc. 137), which the Court construes as a motion to dismiss defendant C.Thurmon Bell without prejudice.  For the reasons set forth therein and in the Court's previous order, (Doc. 133), the motion is **granted**.  Bell is **dismissed without prejudice**.  The Clerk is directed to close the file.


DONE and ORDERED this 9th day of July, 2012.


s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE

[1]