IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRANCH BANKING AND TRUST COMPANY, etc.,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION 10-0498-WS-N ) |
| **THE INN AT DAUPHIN ISLAND, L.L.C., etc., et al.,** | ) ) ) |
| Defendants. | ) |

## ORDER

The plaintiff has filed a response to the Court's order to show cause, (Doc. 137), which the Court construes as a motion to dismiss defendant C.Thurmon Bell without prejudice. For the reasons set forth therein and in the Court's previous order, (Doc. 133), the motion is **granted**. Bell is **dismissed without prejudice**. The Clerk is directed to close the file.

DONE and ORDERED this 9th day of July, 2012.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE

[1]